UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8156-BER

**UNITED STATES OF AMERICA**

vs.

**REKO CURRY
and,
GRUZ SIMMS,**

        **Defendants.**
_____/

FILED BY ___SP___ D.C.
Apr 2, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___ No _X_

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___ No _X_

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
Susan Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 24-mj-8156-BER |
| REKO CURRY and GRUZ SIMMS, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY ____SP____ D.C.
Apr 2, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 30, 2024 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(i)(A)(v)(I) | Conspiracy to Commit Alien Smuggling |
| Title 8, United States Code, Section 1324(a)(i)(A)(iv) | Alien Smuggling |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

DANIEL P RICHICHI
Digitally signed by DANIEL P RICHICHI
Date: 2024.04.02 08:31:50 -04'00'

*Complainant's signature*

Daniel Richichi, Special Agent, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this:

Date: _____

Digitally signed by Bruce Reinhart
Date: 2024.04.02 17:06:59 -04'00'

*Judge's signature*

City and state: West Palm Beach, FL

Bruce Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel Richichi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since December 2008.  During that time, I have received training through the HSI training program at Glynco, Georgia, and I have conducted investigations into criminal violations of the federal laws governing illegal smuggling of narcotics and humans into the United States.  Before joining HSI, I was an Officer with the DHS, U.S. Customs and Border Protection, for approximately five and one-half years.

2.      As a Special Agent with HSI, I have received extensive instruction in the investigation of the maritime smuggling of humans, bulk cash, and narcotics. During my tenure with HSI, I have personally and significantly participated in approximately over two-hundred prior  smuggling-related investigations concerning violations of Title 18, United States Code, Section 1324(a), Title 31, United States Code, Section 5332, and Title 21, United States Code, Section 952 respectively.  I have personally participated in approximately two-hundred arrests of individuals for smuggling violations and have participated in the debriefings and interviews of hundreds of persons to include human smugglers, bulk cash smugglers, drug smugglers, and informants, who by their own admission have been involved in those illegal activities, concerning the methods and practices of maritime smugglers. On the basis of the foregoing, I have become very familiar with the ways, manners and means by which maritime smugglers conduct their

illegal activities, the smuggling routes and concealment methods used by drug and human smugglers, and the unique patterns employed by these illegal smuggling individuals and organizations. Additionally, I have been certified by U.S. Customs and Border Protection, Air & Marine Operations as maritime interdiction crewmember and have participated in the maritime interdictions of vessels on over one dozen prior occasions.

3. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided by other law enforcement. I have not included in this affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause.

**PROBABLE CAUSE**

4. On March 30, 2024, at approximately 6:41 pm, the Palm Beach County Sheriff's Office (PBSO) observed a vessel track traveling west approximately 20 miles east of the Lake Worth Inlet, utilizing the Coastal Security Radar System. PBSO continuously monitored the coastal radar system and the vessel maintained course westbound towards the Lake Worth Inlet. At approximately 7:48 pm PBSO, utilizing video surveillance, observed the vessel, a 25' blue Mako cuddy-cabin vessel arrive at the docks at Phil Foster Park. PBSO observed two black males, one wearing a black t-shirt and the other wearing a white long sleeve shirt (later identified as Reko CURRY and Gruz SIMMS), operating the vessel with four white males onboard.

5. Once at the docks the four white males exited the vessel and were picked up by a female who was driving a black Mitsubishi SUV bearing Florida license plate 63D RZI. As the four white males were exiting the vessel, a forward hatch on the vessel can

be observed being opened from inside the vessel, by someone other than CURRY or SIMMS.

6. At approximately 7:52 pm, a black Chevy Silverado pick-up truck with a male driver bearing Florida license plate 070 2XS, with a trailer attached was observed backing down the boat ramp and SIMMS is observed hooking the vessel up to the trailer.

7. At approximately 7:54 pm, CURRY and SIMMS enter the black Silverado, at which point the black Mitsubishi and the black Silverado departed Phil Foster Park. PBSO put out a be on the lookout for the black Mitsubishi and the black Silverado with the boat and the trailer attached, as no units were in the area to respond.

8. At approximately 8:19 pm, the black Silverado with the trailer and vessel attached was located driving on Haverhill Rd. in West Palm Beach, Florida.  A PBSO deputy observed that the trailer did not have a license plate attached and conducted a traffic stop.  CURRY and SIMMS were inside the truck, and the previously mentioned male driver was behind the wheel. While PBSO was conducting the traffic stop the black Mitsubishi was observed driving past.

9. At approximately 8:39 pm, the black Mitsubishi was traffic stopped on Haverhill Rd. in West Palm Beach, which was operated by the previously mentioned female driver and occupied by two adult white males.  It was later determined through interviews that the other two males observed by PBSO entering the vehicle were dropped off at a WaWa gas station just prior.  While PBSO had the Mitsubishi stopped, one of the subjects stated that his family was on the boat, at which point HSI agents and PBSO searched the vessel and located two adult females and four children in the cabin of the vessel.

10. A search of the black Silverado revealed a Smith and Wesson M&P Shield .40 caliber handgun (SN: HYL8448). The handgun had a magazine in the handgun's magazine well with six rounds of .40 caliber Speer ammunition but did not have a round chambered.

11. A search of the vessel revealed a black bag in the center console which contained 2.117 kilograms of cocaine. Additionally, the vessel's mounted GPS was energized and displayed a track line from Grand Bahama Island to Lake Worth Inlet.

12. The black Silverado with the trailer and vessel attached, along with all of the subjects, were subsequently transported to the U.S. Border Patrol Station in Riviera Beach, Florida for processing and interviews. The black Mitsubishi was locked and left at a church parking lot until it could be retrieved by law enforcement.

13. The four adults and four children from the vessel were identified as follows:

    a. J.C. – an adult male citizen of the United Kingdom

    b. C.C. – an adult male citizen of the United Kingdom

    c. M.C. – an adult female citizen of the United Kingdom

    d. R.C. – an adult female citizen of the United Kingdom

    e. M.C. – a male child citizen of the United Kingdom

    f. P.C. – a male child citizen of the United Kingdom

    g. L M.C – a female child citizen of the United Kingdom

    h. M.C. – a female child citizen of the United Kingdom

14. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to believe that probable cause exists to charge Reko CURRY and Gruz SIMMS with violations of federal law, to wit,

Conspiracy to Commit Alien Smuggling in violation of Title 8 United States Code, Section 1324(a)(i)(A)(v)(I), and Alien Smuggling in violation of Title 8 United States Code, Section 1324(a)(i)(A)(iv).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

DANIEL P RICHICHI
Digitally signed by DANIEL P RICHICHI
Date: 2024.04.02 08:30:03 -04'00'

Daniel Richichi
Special Agent
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1, this _____ day of April 2024, at West Palm Beach, Florida.

Digitally signed by Bruce Reinhart
Date: 2024.04.02 17:07:17 -04'00'

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: REKO CURRY

**Case No**: 24-mj-8156-BER

Count #: 1

    Conspiracy to Commit Alien Smuggling

    Title 8, United States Code, Section 1324(a)(i)(A)(v)(I))

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 fine, and a $100 special assessment plus an additional special assessment of $5,000 (for non-indigent defendants)**

Count #: 1

    Alien Smuggling

    Title 8, United States Code, Section 1324(a)(i)(A)(iv)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000, and a $100 special assessment plus an additional special assessment of $5,000 (for non-indigent defendants)**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: GRUZ SIMMS

**Case No**: 24-mj-8156-BER

Count #: 1

    Conspiracy to Commit Alien Smuggling

    Title 8, United States Code, Section 1324(a)(i)(A)(v)(I))

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 fine, and a $100 special assessment plus an additional special assessment of $5,000 (for non-indigent defendants)**

Count #: 1

    Alien Smuggling

    Title 8, United States Code, Section 1324(a)(i)(A)(iv)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000, and a $100 special assessment plus an additional special assessment of $5,000 (for non-indigent defendants)**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**